IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CONNSERO,

        Plaintiff,                  No. CIV S-09-3272 EFB P

    vs.

S. WRIGHT, et al.,

        Defendants.         <u>ORDER</u>

                             /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

       Plaintiff alleges a violation of his civil rights in Kern County, California. Kern County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

       Accordingly, it is hereby orderd that:

       1. This action is transferred to the Fresno Division.

       2. The Clerk of Court shall assign a new case number.

////

////

1    3.  All future filings shall bear the new case number and shall be filed at:

2    United States District Court
Eastern District of California
3    2500 Tulare Street
Fresno, CA 93721

5  DATED:  December 4, 2009.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE